**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Ex parte Michael Anthony Anderson v. The State of Texas

Appellate case number:    01-20-00574-CR

Trial court case number:   1680892

Trial court:                      230th District Court of Harris County

Appellant, Michael Anthony Anderson, has filed a notice of appeal of the trial court's order denying his pretrial application for a writ of habeas corpus. The clerk's record was filed on August 31, 2020, and the reporter's record was filed on August 28, 2020. The Court will consider briefing in this appeal. See TEX. R. APP. P. 31.1(b).

Appellant's brief will be due within 20 days from the date of this order. See TEX. R. APP. P. 31.1(b), 38.6(a). The State's brief, if any, will be due no later than 20 days from the date that appellant's brief is filed. TEX. R. APP. P. 31.1(b), 38.6(b).

It is so ORDERED.


Judge's signature:_____/s/ Julie Countiss_____
                              Acting individually

Date:  September 3, 2020